IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LANCASTER,

    Plaintiff,

v.

CITY OF PLEASANTON, OFFICER TIM MARTENS, ALAMEDA COUNTY, DEPUTY SHERIFF RYAN SILCOCKS, LESLEY REGINA, LISA SECORD, LOUIS SECORD (aka TREY), and DOES 1 through 10, inclusive,

    Defendants.
    /

No. C 12-05267 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** stipulated parties' request to continue the case management conference for 45 days. Please serve a copy of this order on all parties that the case management conference is set for **JANUARY 17, 2013, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: January 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE