IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LANCASTER,

    Plaintiff,

  v.

CITY OF PLEASANTON, et al.,

    Defendants.
                         /

No. C 12-05267 WHA

**ORDER SETTING SCHEDULE**

    In the interest of judicial efficiency, both pending motions to dismiss shall be rescheduled and heard on the same day: **MARCH 7 AT 8:00 A.M.** The current briefing schedule remains in place.

**IT IS SO ORDERED.**

Dated: January 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE