**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BRIAN LANCASTER,

11          Plaintiff,                        No. C 12-05267 WHA

12      v.

13   CITY OF PLEASANTON, OFFICER TIM          **ORDER SETTING**
     MARTENS, ALAMEDA COUNTY, DEPUTY          **SCHEDULE**
14   SHERIFF RYAN SILCOCKS, LESLEY
     REGINA, LISA SECORD, LOUIS SECORD
15   (aka TREY), and DOES 1 through 10, inclusive,

16          Defendants.

17   _____/

18          In the interest of judicial efficiency, all three pending motions to dismiss shall be

19   rescheduled and heard on the same day: MARCH 21 AT 8:00 A.M. The current briefing schedule

20   remains in place.

21

22          **IT IS SO ORDERED.**

23

24   Dated:  February 6, 2013.

25                                            _____
                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
26

27

28