IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LANCASTER,

    Plaintiff,

  v.

CITY OF PLEASANTON, OFFICER TIM MARTENS, ALAMEDA COUNTY, DEPUTY SHERIFF RYAN SILCOCKS, LESLEY REGINA, LISA SECORD, LOUIS SECORD (aka TREY), and DOES 1 through 10, inclusive,

    Defendants.

    /

No. C 12-05267 WHA

**ORDER SETTING SCHEDULE**

In the interest of judicial efficiency, all three pending motions to dismiss shall be rescheduled and heard on the same day: **MARCH 21 AT 8:00 A.M.** The current briefing schedule remains in place.

**IT IS SO ORDERED.**

Dated: February 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE