IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LANCASTER,

    Plaintiff,

  v.

CITY OF PLEASANTON, et al.,

    Defendants.

                                    /

No. C 12-05267 WHA

**ORDER REGARDING DEPOSITION OF BRIAN LANCASTER**

    Defendant Lesley Regina has filed a letter request to extend the deposition time of plaintiff Brian Lancaster. To the following extent, the request is **GRANTED**. Plaintiff is required to sit for deposition for 9 hours in one day, starting at 8:00 am. If plaintiff's counsel so stipulates, all objections as to form shall not be made on the record and shall be deemed preserved — except for objections on the basis of privilege, which must be made on the record. If plaintiff refuses to so stipulate, objections may be made, but only to the extent of the legal objection. Speaking objections are not permitted. If speaking objections end up wasting time, a further deposition will be required.

    **IT IS SO ORDERED.**

Dated: April 12, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE