IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LANCASTER,

    Plaintiff,

v.

CITY OF PLEASANTON, OFFICER TIM MARTENS, ALAMEDA COUNTY, DEPUTY SHERIFF RYAN SILCOCKS, LESLEY REGINA, LISA SECORD, LOUIS SECORD (aka TREY), and DOES 1 through 10, inclusive,

    Defendants.

No. C 12-05267 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's May 22 letter concerning its discovery dispute and **SETS** a three-hour meet-and-confer in the Court's jury room in the San Francisco federal courthouse starting from **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON WEDNESDAY, MAY 29, 2013**. At **11:00 A.M.**, the Court shall hear any remaining unresolved issue(s). Defendant's response is due by noon on May 28. Please buzz chambers at 8:00 a.m. on May 23 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: May 23, 2013.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE