**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   BRIAN LANCASTER,

11          Plaintiff,                          No. C 12-05267 WHA

12      v.

13   CITY OF PLEASANTON, OFFICER TIM          **ORDER RE PLAINTIFF'S**
     MARTENS, ALAMEDA COUNTY,                 **DISCOVERY DISPUTE**
14   DEPUTY SHERIFF RYAN SILCOCKS,
     LESLEY REGINA, LISA SECORD, LOUIS
15   SECORD (aka TREY), and DOES 1 through
     10, inclusive,
16

17          Defendants.
                                         /
18

19          The Court shall hear plaintiff's discovery dispute at 11:00 a.m. on May 29 at the same

20   time as defendant's discovery dispute, after meeting and conferring by the parties from

21   8:00–11:00 a.m. in the Court's jury room.  Defendant's response is due by 5:00 p.m. May 28.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  May 28, 2013.

26                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
27

28