UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN LANCASTER,                                    No. C-12-05267 DMR

        Plaintiff(s),              **ORDER DENYING DEFENDANTS'
                                                    MOTION TO CONTINUE
   v.                                         SETTLEMENT CONFERENCE AND
                                                    LIMITING SUBJECT MATTER OF
CITY OF PLEASANTON,                                 SETTLEMENT CONFERENCE**

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The court is in receipt of the Defendants' administrative motion to continue the settlement

conference.  [Docket No. 80.]  The motion to continue the settlement conference is DENIED.  The

settlement conference will remain scheduled for June 14, 2013 at 11 a.m.

      However, the subject matter of the settlement conference shall be restricted to Plaintiff's

federal claim against Defendant Officer Tim Martens.  No other parties besides Plaintiff and

Defendant Martens shall appear.

      IT IS SO ORDERED.

Dated:  June 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge

*United States District Court*
*For the Northern District of California*