UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LANCASTER, | No. C-12-05267 DMR |
| Plaintiff(s), | **ORDER DENYING DEFENDANTS' MOTION TO CONTINUE SETTLEMENT CONFERENCE AND LIMITING SUBJECT MATTER OF SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF PLEASANTON, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the Defendants' administrative motion to continue the settlement conference. [Docket No. 80.] The motion to continue the settlement conference is DENIED. The settlement conference will remain scheduled for June 14, 2013 at 11 a.m.

However, the subject matter of the settlement conference shall be restricted to Plaintiff's federal claim against Defendant Officer Tim Martens. No other parties besides Plaintiff and Defendant Martens shall appear.

IT IS SO ORDERED.

Dated: June 3, 2013

DONNA M. RYU
United States Magistrate Judge