1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9   BRIAN LANCASTER,                    )   Case No.:  CV 12-5267- WHA
                                        )
10              Plaintiff,              )   [PROPOSED]
                                        )   ORDER AFTER DISCOVERY DISPUTE
11  vs.                                 )   HEARING REGARDING PLAINTIFF'S
                                        )   FIRST SET OF REQUESTS TO
12  CITY OF PLEASANTON; OFFICER TIM     )   PRODUCE PROPOUNDED TO
    MARTENS; ALAMEDA COUNTY;            )   DEFENDANT COUNTY OF ALAMEDA
13  DEPUTY SHERIFF RYAN SILCOCKS;       )
    LESLEY REGINA; LISA SECORD; LOUIS   )
14  SECORD (aka TREY); and, DOES 1 through )   Complaint Filed:  October 11, 2012
    10, inclusive,                      )   First Amended Complaint Filed: 11/27/12
15                                      )
                Defendants.             )
16  _____)

17

18      On May 29, 2013, at approximately 10:45 a.m., a hearing was held regarding a discovery

19  dispute between plaintiff BRIAN LANCASTER and defendant COUNTY OF ALAMEDA,

20  regarding plaintiff's Requests to Produce, Set One, propounded on defendant County.

21      Plaintiff BRIAN LANCASTER through his counsel filed a letter brief regarding this

22  dispute with the court on May 24, 2013 (Dkt. No. 73) and defendant COUNTY OF ALAMEDA,

23  through its counsel, filed a responsive brief on May 28, 2013 (Dkt. No.77.)  The parties were

24  ordered to participate in a 3-hour meet and confer conference in the court's jury assembly room

25  starting at 8:00 a.m., which they did.  Thereafter, no resolution having been reached, they appeared

26  before the court at 10:45 a.m., whereupon the Court heard the arguments of counsel and ordered as

27  follows:

28
                                        -1-

**ORDER AFTER DISCOVERY DISPUTE HEARING REGARDING PLAINTIFF'S FIRST SET OF**
**REQUESTS TO PRODUCE PROPOUNDED TO DEFENDANT COUNTY OF ALAMEDA**
*Brian Lancaster vs. City of Pleasanton, et al.;* USDC-Nor. Dist. Case No. CV-12-5267 WHA

1.     The court re-affirmed that its prior order of March 25, 2013, which imposed a stay on all discovery except that related to the sole claim arising under 42 U.S.C. section 1983 against defendant OFFICER TIM MARTENS, based on the claim that Officer Martens allegedly planted drugs and other evidence in plaintiff's car resulting in plaintiff's arrest.

2.     The court ordered defendant RYAN SILCOCKS to file a motion for judgment on the pleadings by no later than two (2) weeks from the date of the hearing, or by June 12, 2013.

3.     As to the disputed Requests to Produce, Set One, propounded by Plaintiff BRIAN LANCASTER on the COUNTY OF ALAMEDA, the court ruled as follows:

a.     <u>Request No. 2</u> – This request is STAYED, pending resolution of the motion for judgment on the pleadings to be filed by defendant RYAN SILCOCKS, per the court's order above, and pending the resolution of the motion for summary judgment to be filed by defendant OFFICER TIM MARTENS.

b.     <u>Request No. 3</u> – This request is QUASHED as overbroad.

c.     <u>Request No. 4</u> - This request is QUASHED as overbroad.

d.     <u>Request No. 5</u> - This request is STAYED, pending resolution of the motion for judgment on the pleadings to be filed by defendant RYAN SILCOCKS, per the court's order above, and pending the resolution of the motion for summary judgment to be filed by defendant OFFICER TIM MARTENS.

e.     <u>Request No. 6</u> – This request shall be LIMITED TO a request for records regarding any arrest or investigation of the plaintiff BRIAN LANCASTER, and no one else, for the three (3) year period from the date of filing of the complaint in this case.

f.     <u>Request No. 7</u> – This request is QUASHED as overbroad.

g.     <u>Request No. 8</u> -- This request is STAYED, pending resolution of the motion for judgment on the pleadings to be filed by defendant RYAN SILCOCKS, per the court's order above, and pending the resolution of the motion for summary judgment to be filed by defendant OFFICER TIM MARTENS.

h.     <u>Request No. 9</u> -- This request is STAYED, pending resolution of the motion

**ORDER AFTER DISCOVERY DISPUTE HEARING REGARDING PLAINTIFF'S FIRST SET OF REQUESTS TO PRODUCE PROPOUNDED TO DEFENDANT COUNTY OF ALAMEDA**
*Brian Lancaster vs. City of Pleasanton, et al.; USDC-Nor. Dist. Case No. CV-12-5267 WHA*

for judgment on the pleadings to be filed by defendant RYAN SILCOCKS, per the court's order above, and pending the resolution of the motion for summary judgment to be filed by defendant OFFICER TIM MARTENS.

        i.        Request No. 10 – The request is QUASHED as overbroad and vague.

        j.        Request No. 11 -- The request is QUASHED as overbroad.

        k.        Request No. 12 -- The request is QUASHED as overbroad.

        l.        Request No. 13 -- The request is QUASHED as overbroad.

        m.        Request No. 14 -- The request is QUASHED as overbroad.

        n.        Request No. 15 – The request may proceed. The "three ring binder" mentioned in the request shall be produced by the County by no later than Friday, May 31, 2013 by 5:00 pm.

        o.        Request No. 16 -- The request is QUASHED.

        p.        Request No. 17 -- This request is STAYED, pending resolution of the motion for judgment on the pleadings to be filed by defendant RYAN SILCOCKS, per the court's order above, and pending the resolution of the motion for summary judgment to be filed by defendant OFFICER TIM MARTENS.

        q.        Request No. 18 -- The request is QUASHED as overbroad.

//
//
//
//
//
//
//
//
//
//

-3-

**ORDER AFTER DISCOVERY DISPUTE HEARING REGARDING PLAINTIFF'S FIRST SET OF REQUESTS TO PRODUCE PROPOUNDED TO DEFENDANT COUNTY OF ALAMEDA**
*Brian Lancaster vs. City of Pleasanton, et al.; USDC-Nor. Dist. Case No. CV-12-5267 WHA*

4.     The Court reminds the parties that they are obliged to produce all information relevant to the 42 U.S.C. section 1983 claim against Officer Martens, which is based on his alleged planting of evidence in plaintiff Lancaster's car in conjunction with plaintiff's arrest on January 16, 2012.  If the Court is convinced that a legitimate request has been made that pertains to issues on summary judgment that was timely and reasonable but where compliance with that request was not full and complete, the motion will very likely be denied with no opportunity to cure.

IT IS SO ORDERED.

DATED: _____June 10_____, 2013

By: _____
WILLIAM ALSUP
UNITED STATES DISTRICT
JUDGE

27128\617507

---

-4-

**ORDER AFTER DISCOVERY DISPUTE HEARING REGARDING PLAINTIFF'S FIRST SET OF REQUESTS TO PRODUCE PROPOUNDED TO DEFENDANT COUNTY OF ALAMEDA**

*Brian Lancaster vs. City of Pleasanton, et al.; USDC-Nor. Dist. Case No. CV-12-5267 WHA*