IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LANCASTER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PLEASANTON; OFFICER TIM MARTENS; COUNTY OF ALAMEDA; DEPUTY SHERIFF RYAN SILCOCKS; LESLEY REGINA; LISA SECORD; LOUIS SECORD; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                          / | No. C 12-05267 WHA<br><br>**ORDER OF DISMISSAL** |

      The undersigned judge has reviewed the parties' responses to the order to show cause why the remaining state law claims should not be dismissed without prejudice to refiling in state court. Both sides agree that the undersigned judge has discretion to decline supplemental jurisdiction of the remaining state-law claims pursuant to 28 U.S.C. 1367(c)(3) now that all federal claims have been either resolved or dismissed. Plaintiff finds no legal reason for the Court to retain jurisdiction of the state-law claims (Dkt. No. 116). Defendant Silcocks agrees with the plaintiff that this Court should decline supplemental jurisdiction over the remaining state-law claims (Dkt. No. 117). Given the early resolution of the federal claims in this dispute, the undersigned judge declines to exercise supplemental jurisdiction over the remaining state claims.

Accordingly, all remaining state-law claims are hereby **DISMISSED** without prejudice to refiling in state court. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE